

April 6, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/14/2015 4:00:36 PM
CHRISTOPHER A. PRINE
Clerk

J. SIDNEY CROWLEY
ATTORNEY OF RECORD
214 MORTON ST.
RICHMOND, TEXAS 77469

Defendant's Name: JAVIER ABAD RAMIREZ

Cause No: 1264200

Court: 176TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 03/27/2015
**Sentence Imposed Date:** 03/27/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** J. SIDNEY CROWLEY

Sincerely,

/S/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    JULIA JOHNSON (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

Cause No. DU4200                                                    P2

## THE STATE OF TEXAS
### V.
JAVIER ABAD RAMIREZ A/K/A/ _____

_____

176TH District Court / ~~County Criminal Court at Law No.~~ _____

_____

### Harris County, Texas

_____

### NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

On March 27, 2015 _____ (date), the defendant in the above numbered and styled cause gives
NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☑ MOVES to withdraw.
☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

3.27-15
**Date**

JAVIER ABAD Ramirez
**Defendant (Printed name)**

FILED
Chris Daniel
District Clerk

MAR 27 2015

Time:_____ Harris County, Texas

By_____ Deputy

**Attorney (Signature)**

J. Sidny Crowley
**Attorney (Printed name)**

05170200
**State Bar Number**

214 Morton St; Richmond, TX 77479
**Address**

713-419-6932
**Telephone Number**

The defendant (check all that apply):

☑ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT
appellate counsel to represent him.

☑ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order
Granting the requested relief.

J. ABAD Ramirez
**Defendant (Signature)**

JAVIER ABAD Ramirez
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON    3.27.2015

By Deputy District Clerk of Harris County, Texas _____

**RECORDER'S MEMORANDUM**
This Instrument is of poor quality
at the time of imaging

# ORDER

On _Mar 27 2015_ the Court conducted a hearing and **FINDS** that defendant / appellant

- ☐ **IS NOT** indigent at this time.
- ☑ **IS** indigent for the purpose of
    - ☐ employing counsel
    - ☐ paying for a clerk's and court reporter's record.
    - ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

- ☐ Counsel's motion to withdraw is **GRANTED / DENIED.**
- ☐ Defendant / appellant's motion (to be found indigent) is **DENIED.**
- ☑ Defendant's / appellant's motion is **GRANTED** and
    - ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.
    - ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

- ☐ **SET** at $ _____
- ☐ **TO CONTINUE** as presently set.
- ☑ **DENIED** and is **SET** at **NO BOND.** (Felony Only)

DATE SIGNED: _March 27, 2015_

_____
JUDGE PRESIDING, _(WILKINSON)_
_176ᵗʰ_ DISTRICT COURT /
~~COUNTY CRIMINAL COURT AT LAW NO.~~ ___,
HARRIS COUNTY, TEXAS

 

Cause No. 176 4200

THE STATE OF TEXAS

v.

Javier Ramirez, Defendant

IN THE 176th DISTRICT COURT

COUNTY ~~CRIMINAL COURT AT LAW NO.~~

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____         3-27-15
Judge                                   Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

**FILED**
Chris Daniel
District Clerk

MAR 27 2015
**Time:**
Harris County, Texas
**By**
**Deputy**

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

Jr Sidney Crawley
Defendant's Counsel

State Bar of Texas ID number: 05170200

Mailing Address: 214 Morton St.
Richmond, TX 77469
Telephone number: 713-419-6932

Fax number (if any): _____

* "A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2)

CLERK                                   9/1/2011

# APPEAL CARD

Court 170th    Due: 5-26-15    Cause No. 1264200 /1st

**The State of Texas**

Vs.
Ramirey, Javier Abad
3-27-15

Date Notice
Of Appeal: 3.27.15

Presentation:                    Vol._____ Pg._____

Judgment:                        Vol._____ Pg._____

Judge Presiding mike Wilkinson
Court Reporter Julia Johnson
Court Reporter_____
Court Reporter_____

Attorney
on Trial James Sid Crowley

Attorney
on Appeal n/a

        Appointed_____ Hired_____

Offense Murder

Jury Trial:         Yes ✓  No_____

Punishment
Assessed  55 years

Companion Cases
(If Known)_____

Amount of
Appeal Bond  Ø

Appellant
Confined:           Yes ✓  No_____

Date Submitted
To Appeal Section  3.27.15

Deputy Clerk  AJ

99✗